```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
         CIVIL DOCKET ENTRIES FOR CASE A04-0265--CV (RRB)
              "IVAN V. REUTOV V EFFIMIA I. LITVIN ET AL"

        Including terminated parties, excluding terminated counsel
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(11)(12)
             Filed: 11/01/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine

            Origin: (1) Original Proceeding
            Demand:
        Filing fee: Paid $150.00 on 11/01/04 receipt # 00124356
          Trial by:
```

Parties of Record:                              Counsel of Record:

| | | |
|---|---|---|
| PLF 1.1 | REUTOV, IVAN V. | C. Michael Hough<br>Attorney at Law<br>3733 Ben Walters Lane, #2<br>Homer, AK 99603<br>907-235-8184<br>FAX 907-235-2420 |
| DEF 1.1 | [T] LITVIN, EFFIMIA I. | No counsel found for this party! |
| DEF 2.1 | [T] GLOBAL SEAFOODS KODIAK LLC | No counsel found for this party! |
| DEF 3.1 | FAVOR, F/V | No counsel found for this party! |

```
UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
      CIVIL DOCKET ENTRIES FOR CASE A04-0265--CV (RRB)
              "IVAN V. REUTOV V EFFIMIA I. LITVIN ET AL"

                      For all filing dates
```

```
   Presiding Judge:  The Honorable Ralph R. Beistline, U.S. District Judge
  Magistrate Judge:  The Honorable John D. Roberts, U.S. Magistrate Judge
     Referral Rule:  4(11)(12)
             Filed: 11/01/04
            Closed: NO

      Jurisdiction: (3) Federal Question (US Govt not a Party)
     PLF Diversity:
     DEF Diversity:

    Nature of Suit: (120) Marine

            Origin: (1) Original Proceeding
            Demand:
       Filing fee:  Paid $150.00 on 11/01/04 receipt # 00124356
          Trial by:
```

| Document # | Filed | Docket text |
|---|---|---|
| 1 - 1 | 11/01/04 | Complaint w/att affs filed; Summons issued. |
| 2 - 1 | 11/01/04 | PLF 1 motion to issue warrant. |
| 3 - 1 | 11/01/04 | PLF 1 motion to issue warrant and hold process in abeyance. |
| 4 - 1 | 11/02/04 | RRB Minute Order that case referred to MJ Branson per MJ Rule 4(11)(12). cc: cnsl, MJ Branson |
| 5 - 1 | 11/12/04 | PLF 1 motion for order appointing substitute custodian. |
| 6 - 1 | 11/17/04 | PLF 1 Notice of filing documents w/att exhs |
| 7 - 1 | 11/23/04 | AHB Order granting motion to issue warrant (2-1). cc: cnsl, USM |
| 8 - 1 | 11/23/04 | AHB Order granting motion to issue warrant and hold process in abeyance (3-1). cc: cnsl, USM |
| 9 - 1 | 11/23/04 | AHB Order granting motion for order appointing substitute custodian (5-1). cc: cnsl, USM |
| 10 - 1 | 01/05/05 | AHB Minute Order (failure to serve) proceed to serve so as to comply w/Rule 4(m), Fed.R.Civ.P.  cc: cnsl |
| 11 - 1 | 01/11/05 | PLF 1 Return of Service Executed re: DEF 1 on 12-23-04. |
| 11 - 2 | 01/11/05 | PLF 1 Return of Service Unexecuted re: DEF 2. |
| 12 - 1 | 02/04/05 | AHB Minute Order that case not at issue re: Def Litvin - require answer or application for default w/in 20 days from date of MO; dismissal for failure to serve (warning) re: Def Global Seafoods Kodiak - any def as to whom proof of svc is not on file by 120 days from filing of complaint will be dismissed.  cc: cnsl |
| 13 - 1 | 02/23/05 | PLF 1 Application for entry of default re: DEF 1 w/att aff & exh. |
| 14 - 1 | 02/23/05 | Clerk's Notice entering default as to DEF 1. cc: cnsl, E. Litvin |

```
               UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                    CIVIL DOCKET ENTRIES FOR CASE A04-0265--CV (RRB)
                       "IVAN V. REUTOV V EFFIMIA I. LITVIN ET AL"

                                   For all filing dates


 Document #    Filed     Docket text

    15 -   1  02/28/05   PLF 1 Return of Service Executed on registered agent for D2 on 2/24/05.

    16 -   1  03/18/05   AHB Minute Order plf is required to take action as to case not at issue.
                         Plf to require an answer from D2 or apply for default w/in 20 days.  cc:
                         cnsl

    17 -   1  04/25/05   AHB Minute Order Plf is required to take action as to dismissal for
                         failure to take action (Warning).  cc: cnsl

    18 -   1  05/02/05   PLF 1 Dismissal Notice (Party(s)) of DEF 2 w/o prejudice, w/each side to
                         bearing its own costs & fees.

    19 -   1  06/08/05   JDR Minute Order in light of retirement of MJ Branson & at the direction
                         of the Chief Judge, the MJ referral is reassigned to MJ Roberts. cc:
                         cnsl, Judge Beistline

    20 -   1  07/20/05   PLF 1 motion to release warrant for arrest of vessel.

    21 -   1  07/20/05   PLF 1 motion to issue warrant.

  NOTE -   1  07/22/05   Issued: In Rem WOA for DEF 3.

    22 -   1  07/22/05   JDR Order granting motion to release warrant for arrest of vessel
                         (20-1), motion to issue in rem warrant of arrest (21-1). cc: cnsl, USM

    23 -   1  08/19/05   PLF 1 motion for default judgment against DEF 1.

    24 -   1  08/19/05   PLF 1 motion & memo of interest for costs & atty fees.

    25 -   1  09/13/05   USM Return of svc on WOA & substitution of custodian on 9/6/05.

    26 -   1  09/16/05   JDR Minute Order re plfs memo of law providing authority for atty fees
                         due 9/27/05. cc: cnsl

    27 -   1  09/27/05   PLF 1 memorandum in support of motion of interest for costs & atty fees.
                         (24-1).

    28 -   1  09/28/05   JDR Minute Order re plf to file stmt as directed re mot for atty fee due
                         10/4/05. cc: cnsl

    29 -   1  10/03/05   PLF 1 Response to Order dtd 9/28/05 at dkt # 28 re: statement re:
                         billing rate w/att exh.

    30 -   1  10/05/05   USM Return of svc on proof of publication of arrest re: DEF 3 in the
                         Anchorage Daily News on 9/18/05.

    31 -   1  10/07/05   Initial R&R that mot be granted re: PLF 1 motion for default judgment
                         against DEF 1. (23-1). Objections due 10/14/05; no reply to be fld. cc:
                         cnsl, Judge Beistline

    31 -   2  10/07/05   Initial R&R that mot be granted in part & denied in part re: PLF 1
                         motion for costs & atty fees (24-1); Objections due 10/14/05; no reply
                         to be fld. cc: cnsl, Judge Beistline

    32 -   1  10/26/05   RRB Judgment granting motion for default judgment against DEF 1 (23-1)
                         in the amount of #35,000.00 w/interest, as stated and atty fees in the
                         amount of $4,764.43 (24-1).  cc: cnsl, O&J 11897, MJ Roberts

ACRS: R_VDSDX                  As of 10/31/05 at 4:49 PM by GARRY                        Page 2
```

```
             UNITED STATES DISTRICT COURT FOR THE DISTRICT OF ALASKA
                  CIVIL DOCKET ENTRIES FOR CASE A04-0265--CV (RRB)
                    "IVAN V. REUTOV V EFFIMIA I. LITVIN ET AL"

                                For all filing dates

 Document #   Filed     Docket text
 ----------   -----     -----------
```