**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF ALASKA**

  IVAN V. REUTOV   v.   F/V FAVOR  

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                          CASE NO.  3:04-CV-00265-RRB 

 Dan Maus 

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**   DATE: February 28, 2006

      Counsel for plaintiff shall file a report as to the status of defendant F/V Favor on or before March 6, 2006, unless closing papers are sooner filed.

[]{IA.WPD*Rev.12/96}