**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA**

| | |
|---|---|
| IVAN V. REUTOV,<br><br>                               Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, in rem,<br>                               Defendant. | STATUS REPORT<br><br><br>Case No.: 3:04-cv-00265 |

    Plaintiff has filed pleadings for the sale of the vessel involved in this case, at which time this case will be concluded. The case has taken longer than is typical due in large part to the fact that Plaintiff is related to Defendant Effimia I. Litvin. In any event, this case will soon be concluded by the sale of the vessel. Plaintiff's attorney apologizes to the court for the necessity of monitoring the slow progress of this case.

    DATED this _6_ day of March, 2006.

                                        MICHAEL HOUGH/ABA #7405022
                                        Attorney for Plaintiff

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

STATUS REPORT                                                        Page 1 of 2
Reutov v. Litvin et al./Case No.: A04-265CV

CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 10th day of March, 2006, a true and correct copy of the foregoing document was served by mail upon:

    Effimia I. Litvin
    PO Box 536
    Homer, AK 99603

By: /s/ Kim DuLay

H:\Docs\reutovivvesselstatusrep.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

STATUS REPORT
Reutov v. Litvin et al./Case No.: A04-265CV

Page 2 of 2