UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ALASKA

<u>  IVAN V. REUTOV  </u>   v.   <u> F/V FAVOR </u>

THE HONORABLE JOHN D. ROBERTS

DEPUTY CLERK                          CASE NO. <u> 3:04-CV-00265-RRB </u>

<u> Dan Maus </u>

PROCEEDINGS: **MINUTE ORDER FROM CHAMBERS**    DATE: March 7, 2006

      The court has received a status report dated <u> March 6, 2006 </u>. The report is accepted.

      A further status report shall be filed by counsel for plaintiff on or before <u> May 8, 2006 </u>, unless closing papers are sooner filed.

[]{IIA4.WPD*Rev.12/96}