C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

### IN THE UNITED STATES DISTRICT COURT
### FOR THE STATE OF ALASKA

| | |
|---|---|
| IVAN V. REUTOV,<br><br>                              Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, <u>in</u> <u>rem</u>,<br><br>                              Defendant. | APPLICATION FOR ENTRY OF DEFAULT JUDGMENT<br><br>Case No.:  3:04-cv-00265 |

Notice of Arrest of Vessel Pursuant to Supplemental Admiralty Rule C(6) regarding the above-referenced vessel has occurred (see attached Proof of Publication of Notice of Arrest). No person claiming maritime liens or other interests in the vessel F/V Favor O/N 583927, her engines, tackle, gear, apparel, furniture and equipment has appeared, answered the complaint in this case, applied for intervention or otherwise asserted a claim within thirty days after publication of such notice.

DATED this 4th day of April, 2006.

                              s/Michael Hough
                              MICHAEL HOUGH/ABA 7405022
                              Attorney for Plaintiff

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

APPLICATION FOR ENTRY OF                                                               Page 1 of 2
DEFAULT JUDGMENT
Reutov v. Litvin et al./Case No.: A04-0265CV (RRB)

CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 4th day of April, 2006, a true and correct copy of the foregoing document was served by mail upon:

    Effimia I. Litvin
    PO Box 536
    Homer, AK 99603

By:  s/Michael Hough

H:\Docs\reutovivvesseldefapplentry.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

APPLICATION FOR ENTRY OF
DEFAULT JUDGMENT
Reutov v. Litvin et al./Case No.: A04-0265CV (RRB)

Page 2 of 2