**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ALASKA

| | |
|---|---|
| IVAN V. REUTOV,<br><br>                              Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, <u>in</u> <u>rem</u>,<br>                              Defendant. | ENTRY OF DEFAULT<br><br>Case No.:  A04-0265CV (RRB) |

Plaintiff has requested that default be entered, and no person claiming maritime liens or other interests in the vessel F/V Favor O/N 583927, her engines, tackle, gear, apparel, furniture and equipment has appeared, answered the complaint in this case, applied for intervention or otherwise asserted a claim within thirty days after publication of such notice, plead or otherwise defended this action.

IT IS ORDERED that default is entered against the F/V Favor O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, and all persons having a maritime lien or other interest in such vessel, O/N 583927, her engines, tackle, gear, apparel, furniture and equipment.

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

ENTRY OF DEFAULT                                                                                          Page 1 of 2
Reutov v. Litvin et al./Case No.: A04-
0265CV (RRB)

DATED this ____ day of _____, 2006.

_____
Clerk of Court

H:\Docs\reutovivvesseldefentryvessel.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

ENTRY OF DEFAULT  Page 2 of 2
Reutov v. Litvin et al./Case No.: A04-0265CV (RRB)