**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA**

| | |
|---|---|
| IVAN V. REUTOV,<br>                              Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as<br>EFFLIMIA I. LITVIN, formerly known<br>as EVFIMIA I. KUZNETSOV;<br>GLOBAL SEAFOODS KODIAK LLC;<br>and F/V FAVOR O/N 583927, her<br>engines, tackle, gear, apparel, furniture<br>and equipment, <u>in</u> <u>rem</u>,<br>                              Defendant. | DEFAULT JUDGMENT OR DECREE<br>AGAINST VESSEL AND SALE OF<br>VESSEL<br><br><br>Case No.:  3:04-cv-00265 |

Plaintiff, Ivan V. Reutov filed a complaint in this case dated October 25, 2004, against defendant vessel F/V Favor O/N 583927, her engines, tackle, apparel, furniture and equipment in a cause in contract to foreclose a preferred mortgage foreclosure of civil and maritime, and

A warrant for the arrest of the vessel was issued, pursuant to the request in the complaint and in accordance with the governing rules and practices of this court, to the marshal of this court, who in obedience to the warrant attached such vessel and made return of the warrant, on or about September 19, 2005.  The vessel has not been released within 10 days after the arrest or since

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

publication of the arrest of the vessel which was given in a newspaper of general circulation in compliance with Supplemental Rule C(4), Federal Rules of Civil Procedure, and no claim or answer has been filed, in this action, and the court has considered the evidence adduced and urged by Plaintiff, and

The court has previously entered default judgment against Defendants EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV, and

The court after finding that Plaintiff is entitled to damages, interest, and costs to be realized on condemnation and sale of Defendant vessel, as requested in the complaint.  Now Therefore,

It is ordered, adjudged, and decreed that Plaintiff be, and is entitled to recover the sum of $35,000.00, and interest of 8% per annum from June 4, 1998, costs of sale, and attorney's fees of $4,764.43 from Defendant vessel F/V Favor, her engines, tackle, apparel, furniture, and all appurtenances thereto appertaining and belonging, and all her additions, improvements and the replacements, jointly with Defendant EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV and

It is further ordered, adjudged, and decreed that defendant vessel F/V Favor, her engines, tackle, apparel, and furniture, and all appurtenances thereto appertaining and belonging, and all her additions, improvements, and replacements be condemned to pay plaintiff the sum of $35,000.00, interest at 8% per annum from June 4, 1998 of $21,706.10 as of March 6, 2006, costs of sale, and attorney's fees of $4,764.43, and that Plaintiff recover in this action from Defendant vessel, her engines, tackle, apparel, furniture, and all appurtenances thereto appertaining and belonging, and all her additions, improvements, and replacements said sum and the vessel, her

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

DEFAULT JUDGMENT OR DECREE                                    Page 2 of 3
AGAINST VESSEL AND SALE OF
VESSEL Reutov v. Litvin et al./Case No.:
A04-0265CV (RRB)

engines, tackle, apparel, furniture, and all appurtenances thereto appertaining and belonging, and all her additions, improvements, and replacements are condemned for payment the above mentioned sums, and

It is further ordered, adjudged, and decreed that the marshal of this court, sell Defendant vessel, her engines, tackle, apparel, furniture and all appurtenances thereto appertaining and belonging, and all her additions, improvements, and replacements, the marshal giving at least 10 days' notice of sale pursuant to law, and

It is further ordered, adjudged and decreed that out of the proceeds of the sale of Defendant vessel F/V Favor, her engines, tackle, apparel, furniture, and all appurtenances thereto appertaining and belonging, and her additions, improvements, and replacements, when paid into the registry of this court, the clerk of this court pay to Plaintiff, or his attorney, the amount reported due, together with the taxed costs, and

It is further ordered, adjudged, and decreed that the clerk of this court, after deducting the taxed costs of the officers of the court, distribute the proceeds of such sale to other persons claiming an interest in such vessel in the order of their priority.  Plaintiff is entitled to make an offset bid in the amounts due him without depositing cash.

DATED this ____ day of _____, 2006.

_____
UNITED STATES DISTRICT COURT JUDGE

H:\Docs\reutovivvesseldefjudg2006.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

DEFAULT JUDGMENT OR DECREE                                                      Page 3 of 3
AGAINST VESSEL AND SALE OF
VESSEL Reutov v. Litvin et al./Case No.:
A04-0265CV (RRB)