C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| IVAN V. REUTOV,<br><br>                    Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as<br>EFFLIMIA I. LITVIN, formerly known<br>as EVFIMIA I. KUZNETSOV;<br>GLOBAL SEAFOODS KODIAK LLC;<br>and F/V FAVOR O/N 583927, her<br>engines, tackle, gear, apparel, furniture<br>and equipment, in rem,<br>                    Defendant. | ENTRY OF DEFAULT<br><br><br><br>Case No.: A04-0265CV (RRB) |

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

Plaintiff has requested that default be entered, and no person claiming maritime liens or other interests in the vessel F/V Favor O/N 583927, her engines, tackle, gear, apparel, furniture and equipment has appeared, answered the complaint in this case, applied for intervention or otherwise asserted a claim within thirty days after publication of such notice, plead or otherwise defended this action.

IT IS ORDERED that default is entered against the F/V Favor O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, and all persons having a maritime lien or other interest in such vessel, O/N 583927, her engines, tackle, gear, apparel, furniture and equipment.

ENTRY OF DEFAULT                                                                                    Page 1 of 2
Reutov v. Litvin et al./Case No.: A04-
0265CV (RRB)

DATED this 5th day of April, 2006.

_Ida Romack_
Clerk of Court

By: _Dan Maus_
Deputy Clerk

H:\Docs\reutovivvesseldefentryvessel.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

ENTRY OF DEFAULT
Reutov v. Litvin et al./Case No.: A04-0265CV (RRB)

Page 2 of 2