**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

# IN THE UNITED STATES DISTRICT COURT
# FOR THE STATE OF ALASKA

| | |
|---|---|
| IVAN V. REUTOV,<br>                             Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, <u>in</u> <u>rem</u>,<br>                             Defendant. | MOTION FOR ENTRY OF ORDER OF SALE<br><br><br>Case No.: 3:04-cv-00265 |

  Pursuant to Local Admiralty Rule (e)(14) – Sale of Property, Plaintiff requests entry of an ORDER OF SALE specifying the date, place and time of sale. A proposed order of sale is attached. The date, place and time of the sale have been coordinated with the U.S. Marshal's office.

  DATED at Homer, Alaska this 4th day of May, 2006.

            s/Michael Hough
            MICHAEL HOUGH/ABA 7405022
            Attorney for Plaintiff

H:\Docs\reutovivvesselsaleordmtn.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420