**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ALASKA

| | |
|---|---|
| IVAN V. REUTOV,<br><br>                              Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, in rem,<br><br>                              Defendant. | ORDER OF THE SALE OF THE FAVOR<br><br><br><br>Case No.:  3:04-cv-00265 |

Upon motion by Plaintiff, this Court orders as follows:

The Defendant vessel shall be sold by the United States Marshal at 10:30 a.m. on the 1st day of June, 2006, at the United States District Court Building, Anchorage, Alaska. Notice of sale shall be given by publication in a paper of general circulation in the area where the sale will occur for four (4) times, with publication to be completed five (5) calendar days prior to the date of sale. The Clerk of Court is directed to issue this order to the United States Marshal directing the sale of the FAVOR at public auction to the highest bidder, requiring cash or certified or cashier's check in the amount of ten percent (10%) of the bid at time of sale, the balance to be paid within seven (7)

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

days, excluding Saturdays, Sundays, and holidays, on the condition that the deposit shall be forfeited by the bidder and applied to the costs of this action if the bid is not paid when due. Notice is to include a reference to written bids: and

  IT IS FURTHER ORDERED that the proceeds of the sale be deposited in the registry of the court in order that a final decree of distribution can be made at a later time; and

  IT IS FURTHER ORDERED that Plaintiff is authorized to bid up to the amount of its judgment at the sale, and that Plaintiff's bid shall stand in the place of a cash deposit up to the amount of judgment if Plaintiff is the highest bidder at the sale.

  DATED at Homer, Alaska this ____ day of _____, 2006.

                _____
                Judge Ralph R. Beistline
                United States District Court Judge

H:\Docs\reutovivvesselsaleord.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

ORDER OF SALE OF THE FAVOR                Page 2 of 2
Reutov v. Litvin et al./Case No.: A04-
0265CV (RRB)