**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA**

| | |
|---|---|
| IVAN V. REUTOV,<br><br>                             Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, <u>in</u> <u>rem</u>,<br><br>                             Defendant. | STATUS REPORT<br><br><br>Case No.:  3:04-cv-00265 |

The sale of the vessel is now set for June 1, 2006.  Once the sale occurs, the sale will be confirmed and this matter concluded.

DATED this 9th day of May, 2006.

                                 s/Michael Hough
                                 MICHAEL HOUGH/ABA #7405022
                                 Attorney for Plaintiff

CERTIFICATE OF SERVICE

The undersigned hereby certifies and affirms that on the 9th day of May, 2006, a true and correct copy of the foregoing document was served by mail upon:   Effimia I. Litvin, PO Box 536, Homer, AK 99603

By:      s/Michael Hough
H:\Docs\reutovivvesselstatusrep2.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420