| U.S. Department of Justice<br>United States Marshals Service | PROCESS RECEIPT AND RETURN<br>See Instructions for "Service of Process by the U.S. Marshal"<br>on the reverse of this form. ||
|---|---|---|
| PLAINTIFF<br>Ivan V. Reutov | COURT CASE NUMBER<br>3:04-cv-00265 ||
| DEFENDANT<br>F/V Favor | TYPE OF PROCESS<br>Publication of Sale ||
| SERVE → AT | NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN<br>Please publish in Anchorage Daily News or other newspaper<br>ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)<br>as typically used by US Marshall ||

RECEIVED
JUN 0 1 2006
CLERK, U.S. DISTRICT COURT
ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael Hough
37_

| Number of process to be served with this Form - 285 | |
| Number of parties to be served in this case | |
| Check for service on U.S.A. | |

SPECIAL ...IONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please publish Notice of Sale for June 1, 2006, as required by Attached Order

Signature of Attorney or other Originator requesting service on behalf of:  ☒ PLAINTIFF  ☐ DEFENDANT
TELEPHONE NUMBER: (907) 235-8184
DATE: 5/9/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process<br>1 | District of Origin<br>No. 6 | District to Serve<br>No. 6 | Signature of Authorized USMS Deputy or Clerk | Date<br>5/8/06 |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 5/24/06   Time: ___ am/pm
Signature of U.S. Marshal or Deputy

| Service Fee<br>$8 | Total Mileage Charges (including endeavors)<br>196.32 | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |

Publication

REMARKS: Published notice of sale 5/18, 19, 20, & 21st

## Anchorage Daily News
## Affidavit of Publication

1001 Northway Drive, Anchorage, AK 99508

5/22/2006

| AD # | DATE | PO | ACCOUNT | PRICE PER DAY | OTHER CHARGES | OTHER CHARGES #2 | OTHER CHARGES #3 | OTHER CHARGES #4 | OTHER CHARGES #5 | GRAND TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| 806196 | 05/18/2006 | | USMA0514 | $199.08 | | | | | | |
| | 05/19/2006 | | USMA0514 | $199.08 | | | | | | |
| | 05/20/2006 | | USMA0514 | $199.08 | | | | | | |
| | 05/21/2006 | | USMA0514 | $199.08 | | | | | | |
| | | | | $796.32 | $0.00 | $0.00 | $0.00 | $0.00 | $0.00 | $796.32 |

STATE OF ALASKA
THIRD JUDICIAL DISTRICT

Christine Clark, being first duly sworn on oath deposes and says that she is an advertising representative of the Anchorage Daily News, a daily newspaper.

That said newspaper has been approved by the Third Judicial Court, Anchorage, Alaska, and it now and has been published in the English language continually as a daily newspaper in Anchorage, Alaska, and it is now and during all said time was printed in an office maintained at the aforesaid place of publication of said newspaper. That the annexed is a copy of an advertisement as it was published in regular issues (and not in supplemental form) of said newspaper on the above dates and that such newspaper was regularly distributed to its subscribers during all of said period. That the full amount of the fee charged for the foregoing publication is not in excess of the rate charged private individuals.

Signed: _____

Subscribed and sworn to me before this date:
May 24, 2006

Notary Public in and for the State of Alaska.
Third Division. Anchorage, Alaska

MY COMMISSION EXPIRES: 09/12/2007

_____

---

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT FOR THE STATE OF ALASKA**

IVAN V. REUTOV,
   Plaintiff,
vs.
EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, in rem,
   Defendant.

**NOTICE OF SALE OF THE FAVOR**
Case No.: 3:04-cv-00265

**NOTICE OF SALE**

TAKE NOTICE that Ivan V. Reutov, plaintiff in this action, has been granted a default judgment in rem against the FAVOR, Official Number 583927; and that the United States District Court, Judge Ralph R. Beistline, has ordered that the vessel be sold to satisfy the obligations owing to Ivan V. Reutov under a preferred mortgage.

TAKE FURTHER NOTICE that the vessel FAVOR shall be sold at public auction by the United States Marshal at 10:30 a.m. on the 1st day of June, 2006, at the United States District Court Building, 222 W. 7th Ave, Anchorage, Alaska. The terms of sale are payment by cash or certified check in the amount of ten percent (10%) of the highest bid on the day of sale. Written bids must be received by the U.S. Marshal at 222 West 7th Avenue, #28, Anchorage, AK 99513 by close of business on May 31, 2006, and must be accompanied by a certified or cashier's check in the amount of ten percent (10%) of the bid submitted. The balance of the successful bid is to be paid within seven days of sale, excluding Saturdays, Sundays, and holidays. The deposit will be forfeited by the bidder and applied to the costs of this action if the bid is not paid when due.

The FAVOR is a 40 foot fiberglass gillnetter/longliner built in 1977. Interested parties may contact Michael Hough, Attorney at Law, at (907) 235-8184, for further details concerning the vessel.

United States Marshal

Publish: May 18, 19, 20, 21, 2006

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| IVAN V. REUTOV,<br><br>                          Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, in rem,<br>                          Defendant. | NOTICE OF SALE OF THE FAVOR<br><br>Case No.: 3:04-cv-00265 |

NOTICE OF SALE

TAKE NOTICE that Ivan V. Reutov, plaintiff in this action, has been granted a default judgment in rem against the FAVOR, Official Number 583927; and that the United States District Court, Judge Ralph R. Beistline, has ordered that the vessel be sold to satisfy the obligations owing to Ivan V. Reutov under a preferred mortgage.

TAKE FURTHER NOTICE that the vessel FAVOR shall be sold at public auction by the United States Marshal at 10:30 a.m. on the 1st day of June, 2006, at the United States District Court Building, 222 W. 7th Ave, Anchorage, Alaska. The terms of sale are payment by cash or certified check in the amount of ten percent (10%) of the highest bid on the day of sale. Written

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

NOTICE OF SALE OF THE FAVOR                                                                 Page 1 of 2
Reutov v. Litvin et al./Case No.: 3:04-cv-00265

bids must be received by the U.S. Marshal at 222 West 7th Avenue, #28, Anchorage, AK 99513 by close of business on May 31, 2006, and must be accompanied by a certified or cashier's check in the amount of ten percent (10%) of the bid submitted. The balance of the successful bid is to be paid within seven days of sale, excluding Saturdays, Sundays, and holidays. The deposit will be forfeited by the bidder and applied to the costs of this action if the bid is not paid when due.

The FAVOR is a 40 foot fiberglass gillnetter/longliner built in 1977. Interested parties may contact Michael Hough, Attorney at Law, at (907) 235-8184, for further details concerning the vessel.

*Randy Johnson*
United States Marshal

by: *Ron Rimitt*
Deputy U.S. Marshal

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420