| U.S. Department of Justice | PROCESS RECEIPT AND RETURN |
|---|---|
| United States Marshals Service | See Instructions for "Service of Process by the U.S. Marshal" on the reverse of this form. |

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| Ivan V. Reutov | 3:04-cv-00265 RRB |
| **DEFENDANT** | **TYPE OF PROCESS** |
| F/V Favor | Sale |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

F/V Favor

**AT** ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

United States District Court Building, Anchorage, AK

RECEIVED JUN 0 1 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

Michael Hough

- Number of process served with this Form - 285
- Number of parties to be served in this case
- Check for service on U.S.A.

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

Please conduct sale of F/V Favor at the US District Court Building, Anchorage, Alaska, on June 1, 2006, as set forth in the attached Order

Signature of Attorney or other Originator requesting service on behalf of: [X] PLAINTIFF [ ] DEFENDANT

TELEPHONE NUMBER: (907) 235-8184   DATE: 5/9/06

**SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE**

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 1 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date |
|---|---|---|---|---|---|

I hereby certify and return that I [ ] have personally served, [ ] have legal evidence of service, [ ] have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

[ ] I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

[ ] A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

3% of $1000 = $30  /  1.5% remaining
60 - 75.50
Commission

Date of Service: 6/1/06   Time: 10:30 am

Signature of U.S. Marshal or Deputy: DUSM

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or Amount of Refund |
|---|---|---|---|---|---|
| $45 | $192.00 | | $148.50 / $130 | 60 | |

REMARKS:

wali date 6/1/06 @ 10:30 am
vessel sold for $5,000 — offset bid

PRIOR EDITIONS MAY BE USED    1. CLERK OF THE COURT    FORM USM-285 (Rev. 12/15/80)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| IVAN V. REUTOV,<br><br>   Plaintiff,<br>vs.<br><br>EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, in rem,<br><br>   Defendants. | Case No. 3:04-CV-00265 |

**U.S. MARSHALS RETURN ON SALE**

  I, Randy M. Johnson, United States Marshal for the District of Alaska, do hereby certify and return that I did receive a Notice of Sale of the Vessel FAVOR by Public Sale on May 16, 2006 and that the Notice of Sale was published in the Anchorage Daily News on May 18th, 19th, 20th, and 21st, 2006, pursuant to Local Admiralty Rule 11. The date, time and place of the sale was set for June 1, 2006 at 10:30 a.m. and was held at the U.S. Court House, Federal Building, 222 West Seventh Avenue.

  I further certify and return that pursuant to this order, Deputy U.S. Marshal Ron Dewitt, did offer up for sale the Vessel FAVOR, Official No. 583927 and the highest and best bid received was an offset bid of $5,000.00 (Five Thousand dollars and no cents) submitted by Attorney C. Michael Hough for plaintiff Ivan Reutov.

  I hereby return this order fully executed this 1st day of June, 2006 at Anchorage, Alaska.

                RANDY M. JOHNSON
                United States Marshal

          By: _____
                Deputy U.S. Marshal