C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

**IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA**

| | |
|---|---|
| IVAN V. REUTOV,<br>                    Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, <u>in</u> <u>rem</u>,<br>                    Defendant. | MOTION FOR CONFIRMATION OF SALE OF VESSEL FAVOR O/N 583927<br><br><br>Case No.:  3:04-cv-00265 |

**MOTION FOR CONFIRMATION OF SALE OF VESSEL FAVOR O/N 583927**

Plaintiff moves this Court for an order confirming the sale of the vessel Favor O/N 583927, her engines, tackle, gear, apparel, furniture and equipment to Plaintiff Ivan V. Reutov as shown by the US Marshall's Return of Sale dated June 1, 2006.  (Docket #43).

This motion is supported by the accompanying memorandum, US Marshall's Return on Sale and the proof of publication of Notice of Sale.  (Docket #43).

Dated this 15th day of June, 2006.

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

MOTION FOR CONFIRMATION OF SALE                                                                      Page 1 of 2
OF VESSEL FAVOR O/N 583927
Reutov v. Litvin et al./Case No.: 3:04-cv-00265

       s/Michael Hough
MICHAEL HOUGH
Attorney for Plaintiff
3733 Ben Walters Lane, Suite 2
Homer, Alaska 99603
Phone: (907) 235-8184
Fax: (907) 235-2420
ABA #7405022

H:\Docs\reutovivvesselsaleconfirmmotion.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

MOTION FOR CONFIRMATION OF SALE
OF VESSEL FAVOR O/N 583927
Reutov v. Litvin et al./Case No.: 3:04-cv-00265

Page 2 of 2