**C. MICHAEL HOUGH**
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ALASKA

| | |
|---|---|
| IVAN V. REUTOV,<br><br>                       Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, <u>in</u> <u>rem</u>,<br>                       Defendant. | MEMORANDUM IN SUPPORT OF MOTION FOR CONFIRMATION OF SALE OF VESSEL FAVOR O/N 583927<br><br><br>Case No.: 3:04-cv-00265 |

### MEMORANDUM IN SUPPORT OF MOTION FOR CONFIRMATION OF SALE

### OF VESSEL FAVOR O/N 583927

The sale of the Vessel Favor O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, was held in compliance with Local Admiralty Rule (e)-14, as shown by the Order of Sale entered by this court (Docket #40), the Notice of Sale (attachment to Docket #43) in compliance with Local Admiralty Rule (e)-14(b), and the US Marshall's Report on Sale (Docket

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

MEMORANDUM IN SUPPORT OF MOTION                         Page 1 of 2
FOR CONFIRMATION OF SALE OF
VESSEL FAVOR O/N 583927
Reutov v. Litvin et al./Case No.: 3:04-cv-00265

#43) in compliance with Local Admiralty Rule (e)-14(g). All fees due the US Marshall's office have been paid.

Date this 15th day of June, 2006.

    s/Michael Hough
MICHAEL HOUGH
Attorney for Plaintiff
3733 Ben Walters Lane, Suite 2
Homer, Alaska 99603
Phone: (907) 235-8184
Fax: (907) 235-2420
ABA #7405022

H:\Docs\reutovivvesselsaleconfirmmemo.doc

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

MEMORANDUM IN SUPPORT OF MOTION     Page 2 of 2
FOR CONFIRMATION OF SALE OF
VESSEL FAVOR O/N 583927
Reutov v. Litvin et al./Case No.: 3:04-cv-00265