C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR THE STATE OF ALASKA

| | |
|---|---|
| IVAN V. REUTOV,<br><br>       Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, in rem,<br>       Defendant. | ORDER CONFIRMING SALE OF VESSEL FAVOR O/N 583927<br><br><br>Case No.: 3:04-cv-00265 |

ORDER CONFIRMING SALE OF VESSEL FAVOR O/N 583927

The sale of the Vessel Favor O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, to Ivan V. Reutov, as stated in the US Marshall's Return of Sale dated June 1, 2006 is confirmed.

**REDACTED SIGNATURE**

U.S. DISTRICT COURT JUDGE
~~TIMOTHY M. BURGESS~~

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

H:\Docs\reutovivvesselsaleconfirmorder.doc

ORDER CONFIRMING SALE OF VESSEL
FAVOR O/N 583927
Reutov v. Litvin et al./Case No.: 3:04-cv-00265