# U.S. Department of Justice
## United States Marshals Service

## PROCESS RECEIPT AND RETURN
See Instructions for "Service of Process by the U.S. Marshal"
on the reverse of this form.

| PLAINTIFF | COURT CASE NUMBER |
|---|---|
| IVAN V. REUTOV | A04-265CIV |
| DEFENDANT | TYPE OF PROCESS |
| EFFIMIA I. LITVIN, ET AL | RELEASE OF VESSEL |

**SERVE** → NAME OF INDIVIDUAL, COMPANY, CORPORATION, ETC., TO SERVE OR DESCRIPTION OF PROPERTY TO SEIZE OR CONDEMN

U.S. MARSHALS SERVICE

ADDRESS (Street or RFD, Apartment No., City, State and ZIP Code)

**AT** 222 W. 7th Ave Rm 170

SEND NOTICE OF SERVICE COPY TO REQUESTER AT NAME AND ADDRESS BELOW:

MICHAEL HOUGH

Number of process to be served with this Form - 285
Number of parties to be served in this case
Check for service on U.S.A.

RECEIVED JUL 28 2006 CLERK, U.S. DISTRICT COURT ANCHORAGE, ALASKA

SPECIAL INSTRUCTIONS OR OTHER INFORMATION THAT WILL ASSIST IN EXPEDITING SERVICE (Include Business and Alternate Addresses, All Telephone Numbers, and Estimated Times Available For Service):

PLEASE RELEASE VESSEL UPON RECEIVING ORDER OF CONFIRMING SALE

Signature of Attorney or other Originator requesting service on behalf of:
MICHAEL HOUGH
☒ PLAINTIFF
☐ DEFENDANT
TELEPHONE NUMBER: (907-235-8184
DATE: 6-26-06

### SPACE BELOW FOR USE OF U.S. MARSHAL ONLY — DO NOT WRITE BELOW THIS LINE

| I acknowledge receipt for the total number of process indicated. (Sign only first USM 285 if more than one USM 285 is submitted) | Total Process | District of Origin No. 6 | District to Serve No. 6 | Signature of Authorized USMS Deputy or Clerk | Date 6-26-06 |
|---|---|---|---|---|---|
| | 1 | | | [signature] | |

I hereby certify and return that I ☐ have personally served, ☐ have legal evidence of service, ☐ have executed as shown in "Remarks", the process described on the individual, company, corporation, etc., at the address shown above or on the individual, company, corporation, etc., shown at the address inserted below.

☐ I hereby certify and return that I am unable to locate the individual, company, corporation, etc., named above (See remarks below)

Name and title of individual served (if not shown above)

☐ A person of suitable age and discretion then residing in the defendant's usual place of abode.

Address (complete only if different than shown above)

Date of Service: 6/26/06  Time: 10:00 am

Signature of U.S. Marshal or Deputy [signature]

| Service Fee | Total Mileage Charges (including endeavors) | Forwarding Fee | Total Charges | Advance Deposits | Amount owed to U.S. Marshal or | Amount of Refund |
|---|---|---|---|---|---|---|
| $45 | | | $45 | | | |

REMARKS: Vessel released on 6/26/06 per order confirming sale

PRIOR EDITIONS MAY BE USED       **1. CLERK OF THE COURT**       FORM USM-285 (Rev. 12/15/80)

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, #2
Homer, Alaska 99603
Telephone: (907) 235-8184
Fax: (907) 235-2420
Attorney for Plaintiff

## IN THE UNITED STATES DISTRICT COURT
## FOR THE STATE OF ALASKA

| | |
|---|---|
| IVAN V. REUTOV,<br><br>    Plaintiff,<br><br>vs.<br><br>EFFIMIA I. LITVIN, also known as EFFLIMIA I. LITVIN, formerly known as EVFIMIA I. KUZNETSOV; GLOBAL SEAFOODS KODIAK LLC; and F/V FAVOR O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, in rem,<br><br>    Defendant. | ORDER CONFIRMING SALE OF VESSEL FAVOR O/N 583927<br><br>Case No.: 3:04-cv-00265 |

ORDER CONFIRMING SALE OF VESSEL FAVOR O/N 583927

The sale of the Vessel Favor O/N 583927, her engines, tackle, gear, apparel, furniture and equipment, to Ivan V. Reutov, as stated in the US Marshall's Return of Sale dated June 1, 2006 is confirmed.

REDACTED SIGNATURE

U.S. DISTRICT COURT JUDGE
TIMOTHY M. BURGESS

C. MICHAEL HOUGH
Attorney at Law
3733 Ben Walters Lane, Ste 2
Homer, Alaska 99603
Tel: (907) 235-8184
Fax: (907) 235-2420

H:\Docs\reutoviv\vesselsaleconfirmorder.doc

ORDER CONFIRMING SALE OF VESSEL
FAVOR O/N 583927
Reutov v. Litvin et al./Case No.: 3:04-cv-00265

OMB APPROVED
2115-0110

| DEPARTMENT OF TRANSPORTATION<br>U.S. COAST GUARD<br>CG-1356 (REV. 9-92) | BILL OF SALE BY GOVERNMENT ENTITY PURSUANT TO COURT ORDER OR ADMINISTRATIVE DECREE OF FORFEITURE | THIS SECTION FOR COAST GUARD USE ONLY |

**1. VESSEL NAME**
FAVOR

**2. OFFICIAL NUMBER OR OTHER UNIQUE IDENTIFIER**
583927

**3. PERSON EXECUTING INSTRUMENT**
NAME: RANDY M. JOHNSON   TITLE: U.S. MARSHAL

NAME AND ADDRESS OF AGENCY REPRESENTED (AND DISTRICT, IF APPLICABLE)
U.S. MARSHALS SERVICE, 222 W. 7th Ave, #28, Anchorage, Alaska 99513

**4. COURT OR FORFEITURE INFORMATION:**

[ ] VESSEL SOLD PURSUANT TO ADMINISTRATIVE FORFEITURE (COPY OF DECREE ATTACHED)

[X] VESSEL SOLD PURSUANT TO COURT ORDER
NAME OF COURT: U.S. DISTRICT COURT
TITLE OF ORDER: ORDER FOR SALE OF VESSEL

RECORDING DATA:
BOOK:   PAGE:
PORT (IF DIFFERENT FROM FILING PORT)

**5. NAME(S) AND ADDRESS(ES) OF BUYER(S) AND INTEREST TRANSFERRED TO EACH:**

IVAN REUTOV

**5A. TOTAL INTEREST TRANSFERRED (100% UNLESS OTHERWISE SPECIFIED)** 100 %

**5B. MANNER OF OWNERSHIP.** (CHECK ONLY ONE, IF APPLICABLE). UNLESS OTHERWISE STATED HEREIN, THIS BILL OF SALE CREATES A TENANCY IN COMMON, WITH EACH TENANT OWNING AN EQUAL UNDIVIDED INTEREST.

[ ] JOINT TENANCY WITH RIGHT OF SURVIVORSHIP   [ ] TENANCY BY THE ENTIRETIES   [ ] COMMUNITY PROPERTY

[X] OTHER (DESCRIBE)

**6. CONSIDERATION RECEIVED:**
$5,000.00 (FIVE THOUSAND DOLLARS and NO CENTS)

**7.** BY VIRTUE OF THE AFORESAID COURT ORDER, A COPY OF WHICH IS ATTACHED HERETO, OR DECREE OF ADMINISTRATIVE FORFEITURE ATTACHED HERETO, I DO HEREBY GRANT, BARGAIN, AND SELL THE VESSEL DESCRIBED HEREIN, TOGETHER WITH ITS TACKLE, APPAREL, AND FURNITURE, TO THE BUYER(S) NAMED ABOVE.

**8. SIGNATURE AND ACKNOWLEDGMENT:** *[signature]* RANDY M. JOHNSON, U.S. Marshal

ON July 27, 2006 THE   STATE: ALASKA
(DATE)
PERSON(S) NAMED ABOVE ACKNOWLEDGED EXECUTION   COUNTY: N/A
OF THE FOREGOING INSTRUMENT IN THEIR STATED
CAPACITY (IES) FOR THE PURPOSE THEREIN CONTAINED.
NOTARY PUBLIC *[signature]*

"I HEREBY CERTIFY THIS TO BE A TRUE AND CORRECT COPY OF THE ORIGINAL BILL OF SALE ISSUED ON July 27, 2006."
*[signature]*

MY COMMISSION EXPIRES: 07/26/07 (DATE)

PREVIOUS EDITION OBSOLETE   SN 7530-00-F01-1070

(COMPLETE THIS SECTION ONLY IF VESSEL HAS NEVER BEEN DOCUMENTED AND DOES NOT HAVE A HULL IDENTIFICATION NUMBER.)

**VESSEL DATA**

A. BUILDER _____  B. BUILDER'S HULL NUMBER _____

C. FORMER NAME _____  D. FORMER MOTORBOAT NUMBERS _____

E. FORMER ALIEN REGISTRATIONS _____

F. DIMENSIONS: L= _____  B= _____  D= _____

G. PERSON FROM WHOM SELLER OBTAINED VESSEL _____

_____
SIGNATURE OF SELLER

## INSTRUCTIONS

1. INDICATE CURRENT DOCUMENTED NAME. (IF VESSEL HAS NEVER BEEN DOCUMENTED SELLER MUST COMPLETE AND SIGN DATA SECTION ABOVE.)

2. INDICATE OFFICIAL NUMBER AWARDED TO VESSEL OR HULL IDENTIFICATION NUMBER ASSIGNED BY MANUFACTURER. (IF THE VESSEL HAS NO HULL IDENTIFICATION NUMBER AND HAS NEVER BEEN DOCUMENTED, SELLER MUST COMPLETE AND SIGN THE VESSEL DATA SECTION ABOVE.)

3. INSERT NAMES AND ADDRESSES OF ALL PERSONS EXECUTING INSTRUMENT AND THEIR CAPACITY. LIST THE NAME AND ADDRESS OF THE AGENCY IF APPLICABLE.

4. SELF-EXPLANATORY.

5. LIST THE NAME(S) AND ADDRESS(ES) OF THE BUYERS.

5A. LIST THE INTEREST TRANSFERRED TO THE BUYER(S) NAMED ABOVE.

5B. CHECK THE MANNER OF OWNERSHIP. UNLESS OTHERWISE STATED, THIS BILL OF SALE CREATES A TENANCY IN COMMON WITH EACH TENANT OWNING AN UNDIVIDED INTEREST.

6. SELF-EXPLANATORY. USE "REMARKS" SECTION ABOVE IF VESSEL IS NOT SOLD FREE AND CLEAR, OR TO LIST VESSEL APPURTENANCES WHICH ARE NOT SOLD WITH THE VESSEL.

7. SELF-EXPLANATORY.

8. THIS SECTION MUST BE COMPLETED BY A NOTARY PUBLIC OR OTHER PERSON AUTHORIZED TO TAKE ACKNOWLEDGMENTS OF DEEDS UNDER THE LAWS OF A STATE OR THE UNITED STATES. IF THERE ARE MULTIPLE SIGNATORIES TO THIS BILL OF SALE, EACH MUST MAKE AN ACKNOWLEDGMENT BEFORE A NOTARY. ATTACHMENTS SHOWING THOSE APPEARANCES ARE PERMITTED.

NOTE: THIS INSTRUMENT WILL BE INELIGIBLE FOR FILING AND RECORDING IF ALTERED AFTER EXECUTION AND ACKNOWLEDGMENT. ANY ALTERATIONS MADE PRIOR TO EXECUTION MUST BE ATTESTED BY THE PERSON TAKING THE ACKNOWLEDGMENT.

## PRIVACY ACT STATEMENT

IN ACCORDANCE WITH 5 USC 552(A), THE FOLLOWING INFORMATION IS PROVIDED TO YOU WHEN SUPPLYING PERSONAL INFORMATION TO THE U.S. COAST GUARD.

1. AUTHORITY. SOLICITATION OF THIS INFORMATION IS AUTHORIZED BY 46 USC, CHAPTER 313 AND 46 CFR, PART 67.

2. THE PRINCIPAL PURPOSES FOR WHICH THIS INSTRUMENT IS TO BE USED ARE:

   (A) TO PROVIDE A RECORD, AVAILABLE FOR PUBLIC INSPECTION AND COPYING, OF THE SALE OR OTHER CHANGE IN OWNERSHIP OF A VESSEL WHICH IS DOCUMENTED, WILL BE DOCUMENTED, OR HAS BEEN DOCUMENTED PURSUANT TO 46 USC, CHAPTER 121.
   (B) PLACEMENT OF THIS INSTRUMENT IN A BOOK FOR EXAMINATION BY GOVERNMENTAL AUTHORITIES AND MEMBERS OF THE GENERAL PUBLIC.

3. THE ROUTINE USE WHICH MAY BE MADE OF THIS INFORMATION INCLUDES DEVELOPMENT OF STATISTICAL DATA CONCERNING DOCUMENTED VESSELS.

4. DISCLOSURE OF THE INFORMATION REQUESTED ON THIS FORM IS VOLUNTARY, HOWEVER, FAILURE TO PROVIDE THE INFORMATION COULD PRECLUDE FILING OF A BILL OF SALE AND DOCUMENTATION OF THE VESSEL NAMED HEREIN PURSUANT TO 46 USC, CHAPTER 121. MOREOVER, BILLS OF SALE WHICH ARE NOT FILED ARE NOT DEEMED TO BE VALID EXCEPT AGAINST ANY PERSON EXCEPT THE GRANTOR OR A PERSON HAVING ACTUAL KNOWLEDGE OF THE SALE. (46 USC 31321(A)).

THE COAST GUARD ESTIMATES THAT THE AVERAGE BURDEN FOR THIS FORM IS 20 MINUTES. YOU MAY SUBMIT ANY COMMENTS CONCERNING THE ACCURACY OF THIS BURDEN ESTIMATE OR MAKE SUGGESTIONS FOR REDUCING THE BURDEN TO: COMMANDANT (G-MVI), U.S. COAST GUARD, WASHINGTON, DC 20593-0001 OR OFFICE OF MANAGEMENT AND BUDGET, OFFICE OF INFORMATION AND REGULATORY AFFAIRS, ATTENTION: DESK OFFICER FOR DOT/USCG, OLD EXECUTIVE OFFICE BUILDING, WASHINGTON, DC 20503.

*U.S. Government Printing Office 1992-312-673/62945